## M. M. DuPouey v. United States

**No. 7256.**—Invoice dated Merida, Yucatan, Mexico, July 7, 1937.
Certified July 7, 1937.
Entered at New Orleans, La., July 14, 1937.
Entry No. 188.

(Decided May 29, 1947)

*Philip Stein (Tompkins & Tompkins* by *J. Stuart Tompkins,* associate counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.
*William Whynman, amicus curiae.*

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed by and between counsel for the plaintiff and the Assistant Attorney General for the United States:

(1) That at or prior to the date of exportation of the two-ply twine involved in this appeal, no merchandise such as or similar to the merchandise in suit had been imported into the United States.

(2) That the price at which merchandise such as or similar to the merchandise in suit was being freely sold or freely offered for sale to all purchasers in Mexico in usual wholesale quantities and in the ordinary course of trade is represented by the entered values in the instant case, and that there was no other or higher export value for this merchandise.

(3) That the merchandise and issues involved in this appeal are similar in all material respects to the merchandise and issues which the court passed upon in the case of *M. M. DuPouey* v. *United States,* Reappraisements 126256–A 949 and 127654–A 971, the subject of Reap. Dec. 6139; and that the record in said case, Reap. Dec. 6139 may be and hereby is received in evidence in the present case.

(4) That this case be and the same is hereby submitted for decision upon this stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the entered values.

Judgment will be rendered accordingly.